**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CARL DUPERON** | **CIVIL ACTION NO. 14-0323** |
| **VERSUS** | **SECTION "B"** |
| **WARDEN DARRELL VANNOY** | **MAGISTRATE (4)** |

**ANSWER**

**NOW INTO COURT**, through undersigned counsel, comes Walter P. Reed, District Attorney for St. Tammany Parish, State of Louisiana, who denies each and every allegation of the Application for Writ of Habeas Corpus filed herein, except as hereinafter specifically admitted and further respectfully represents:

1.

The State admits that petitioner, Carl Duperon (hereinafter referred to as "Duperon"), is a state court prisoner incarcerated following a guilty verdict of one count of aggravated arson. Duperon was sentenced to eighteen years imprisonment, the first two years without benefit of parole, probation or suspension of sentence. The First Circuit Court of Appeal affirmed the conviction and sentence. No further review was sought.

2.

The State further sets forth below the applicable dates herein:

| **Date** | **Description** |
|---|---|
| 02/14/12 | Duperon was convicted of one count of aggravated arson |
| 02/29/12 | Duperon was sentenced to eighteen years imprisonment, the first two years without benefit of parole, probation or suspension of sentence |
| 12/21/12 | First Circuit Court of Appeal affirmed Duperon's conviction and sentence (2012-KA-810) |
| 01/21/13 | Duperon's conviction became final for AEDPA purposes |
| 06/25/13 | Duperon filed an application for post conviction relief |
| 08/14/13 | District Court denied the application for post conviction relief |
| 01/09/14 | This habeas application was signed by petitioner |

3.

The remainder of the allegations of the Application for Writ of Habeas Corpus filed herein by applicant, Carl Duperon, are denied.

4.

The State of Louisiana alleges that this petition should be dismissed for failure to exhaust state court remedies.

5.

Defendant herein further adopts and incorporates the legal authority set forth in the Memorandum in Opposition to Application for Habeas Corpus Relief.

WHEREFORE, the State of Louisiana prays that this Answer be deemed good and sufficient and after all due proceedings are had that there be judgment herein dismissing applicant's claims and for all other general and equitable relief as this Court deems proper.

Respectfully submitted:

By: s/Kathryn Landry

KATHRYN LANDRY, Bar No. 19229
P. O. Box 82659
Baton Rouge, LA 70884
Telephone: (225) 766-0023
Facsimile: (225) 766-7341

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing ANSWER has been sent via United States mail, postage prepaid, to the opposing party herein:

Carl Duperon #101335
DCI - Unit 2 - Dorm 1
P.O. Box 788
Jackson, LA 70748

Baton Rouge, Louisiana this 30th day of May, 2014.

s/Kathryn Landry
KATHRYN LANDRY