UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED NOV 03 2014
WP
WILLIAM W. BLEVINS
CLERK

CARL DUPERON
VERSUS
WARDEN DARREL VANNOY

CIVIL ACTION
NO. 14-0323
SECTION "B"(4)

PETITIONERS OBJECTIONS TO
REPORT AND RECOMMEDATION

CARL DUPERON# 101335 OBJECT TO THE ADVERSE RULINGS IN THE REPORT AND RECOMMEDATION (R&R) ISSUED ON OCTOBER 17, 2014 AND RECEIVED ON OCTOBER 22, 2014. PETITIONER OBJECTS TO THE RULING FOR THE FOLLOWING REASONS TO WIT:

1. PETITIONER IS ACTING IN A PROSE CAPACITY AND POSSESSES LIMITED KNOWLEDGE OF THE PROPER PROCEDURE FOR FILING A POST-CONVICTION APPLICATION AND A WRIT OF HABEAS CORPUS. PETITIONER WAS NEVER ADVISED THAT STATE REMEDIES WAS MANDATORY.

2. THE PRISON THAT HAS CUSTODY TO THE PETITIONER PROVIDES LIMITED ACCESS TO THE LAW LIBRARY. PETITIONER IS ALLOWED TO GO TO THE LAW LIBRARY ONLY ONCE PER WEEK FOR A PERIOD THAT LAST NO MORE THAN ONE HOUR AND THIRTY MINUTES. THIS LIMITED TIME ALLOWED IN THE LAW LIBRARY COUPLED WITH THE INSUFFICIENT CONSULTATION PROVIDE BY THE AVAILABLE LAW CLERKS LEFT PETITIONER BASACALLY ON HIS OWN TO FILE FOR POST-CONVICTION AND HABEAS CORPUS.

3. PETITIONER HAS MEDICAL CONDITIONS THAT CAUSED HIM TO BE HOSPITALIZED DURING THE TIME HE WAS PROPARING THE APPLICATION FOR POST-CONVICTION WHICH FURTHER LIMITED HIS ABILITY TO PURSUE KNOWLEDGE NEEDED ON HOW TO PROCEE BEFORE FILING A WRIT OF HABEAS CORPUS. FURTHER MORE D.C.I HAVE ALL OF PETITIONER HOSPITAL RECORDER DURING COURT PROCEDURERS.

PETITIONER PRAY THAT THIS HONORABLE COURT AFTER ASSESSING THE AFOREMENTIONED REASONS WILL CONSIDER REVIEWING HIS WRIT OF HABEAS CORPUS IN SPITE TO ALL STATE REMEDIES NOT BEING EXHAUSTED OR IN THE ALTERNATIVE ORDER THE STATE OF LOUISIANA TO ALLOW PETITIONER TO EXHAUST HIS STATE REMEDIES.

TENDERED FOR FILING

Carl Duperon
CARL DUPERON
PETITIONER

CARL DUPERON #101335
D.C.I-UNIT TWO-DORM ONE
P.O. BOX 788
JACKSON, LA. 70748

U.S. POSTAGE PITNEY BOWES
ZIP 70748 $ 000.48⁰
02 1W
0001389891 OCT 29 2014

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS LA. 70130

70130$9999